```
1   JOHN L. WHEELER
    GLORIA A. WHEELER
2   181 Hunter Avenue
    Oakland, CA 94603
3   (510) 635-6903
```

FILED
08 JUL 10 PM 1:11
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiffs In Propria Persona

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN L. WHEELER, GLORIA A. WHEELER,<br><br>         Plaintiffs,<br><br>    vs.<br><br>BANK OF AMERICA, N.T. & S.A. a California corporation, and LIBERTY REVERSE MORTGAGE and SEATTLE FINANCIAL GROUP, and DOES 1-10, inclusive,<br><br>         Defendants.<br>_____ / | No. C08-03230 JL<br><br>DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE<br>AND<br>REQUEST TO RETURN CASE TO SUPERIOR COURT |

The undersigned parties hereby decline to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby request that this case be reassigned to Superior Court.

Dated: July 9, 2008

_____
JOHN WHEELER
Plaintiff, In Pro Per

_____
GLORIA WHEELER
Plaintiff In Pro Per

-1-

```
 1                          PROOF OF SERVICE

 2       The undersigned states:

 3       I am a citizen of the United States and I am employed in the
     County of Alameda, State of California; I am over the age of 18
 4   years and not a party to the within action; my business address
     is 405 14th Street, Suite 217, Oakland, California.
 5
         On the date shown below, I served a true copy of:
 6
     DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND
 7   REQUEST TO RETURN CASE TO SUPERIOR COURT

 8
     on the interested parties shown below in said action, by placing
 9   a true copy thereof enclosed in a sealed envelope, with first
     class postage fully prepaid thereon, in the United States mail at
10   Oakland, California.
         I declare under penalty of perjury under the laws of the
11   State of California that the above is true and correct.

12       Executed at Oakland, California on July 9, 2008.

13

14                                        _____
                                          JUDITH LYONS
15
     Debra S. Belaga
16   Aaron M. Rofkahr
     O'Melveny & Myers LLP
17   Embarcadero Center West
     275 Battery Street
18   San Francisco, CA 94111-3305
```