1  DEBRA S. BELAGA (S.B. #083237)
   dbelaga@omm.com
2  AARON M. ROFKAHR (S.B. #227008)
   arofkahr@omm.com
3  O'MELVENY & MYERS LLP
   Embarcadero Center West
4  275 Battery Street
   San Francisco, CA  94111-3305
5  Telephone:    (415) 984-8700
   Facsimile:    (415) 984-8701
6
   Attorneys for Defendant
7  Bank of America N.A., successor in interest to
   Bank of America NT & SA
8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| JOHN L. WHEELER; GLORIA A. WHEELER,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>BANK OF AMERICA NT & SA; LIBERTY REVERSE MORTGAGE; SEATTLE FINANCIAL GROUP,<br><br>　　　　　　　Defendants. | Case No.  C-08-03230-JL<br><br>**BANK OF AMERICA'S NOTICE OF MOTION AND MOTION TO STAY PROCEEDINGS**<br><br>Hearing:      August 27, 2008<br>Time:          9:30 AM<br>Location:     450 Golden Gate Ave., San Francisco, CA, Courtroom F, 15th Floor<br>Trial Date:   None<br>Compl. Filed: July 3, 2008 (removed)<br>Judge:         The Honorable James Larson |
|---|---|

NOTICE OF MOTION AND MOTION TO
STAY PROCEEDINGS

**NOTICE OF MOTION AND MOTION**

PLEASE TAKE NOTICE THAT, on August 27, 2008, at 9:30 a.m., or as soon thereafter as the matter may be heard, in Courtroom F, 15th Floor of the United States District Court for the Northern District of California, San Francisco Division, located at 450 Golden Gate Avenue, San Francisco, California, 94102, Bank of America N.A., successor in interest to Bank of America NT & SA ("Bank of America") will and hereby does move for an order from this Court to stay the above entitled action pending the resolution of a proceeding before the California Supreme Court captioned *Miller v. Bank of America NT & SA*, Supreme Court Case No. S149178, involving the identical theories of recovery, factual allegations and causes of action as this proceeding.

The motion is based on this notice, the attached memorandum of points and authorities, all supporting declarations, the pleadings and other records on file with the Court, the oral argument of counsel, all relevant matters judicially noticeable, and such further evidence and arguments as the Court may consider.

Dated: July 11, 2008

        DEBRA S. BELAGA
        AARON M. ROFKAHR
        O'MELVENY & MYERS LLP

By: /s/
    Aaron M. Rofkahr
    Attorneys for Defendant
    Bank of America N.A.

SF1:721018.1

NOTICE OF MOTION AND MOTION TO STAY PROCEEDINGS