1   DEBRA S. BELAGA (S.B. #083237)
    dbelaga@omm.com
2   AARON M. ROFKAHR (S.B. #227008)
    arofkahr@omm.com
3   O'MELVENY & MYERS LLP
    Embarcadero Center West
4   275 Battery Street
    San Francisco, CA  94111-3305
5   Telephone:   (415) 984-8700
    Facsimile:    (415) 984-8701
6
    Attorneys for Defendant
7   Bank of America N.A., successor in interest to
    Bank of America NT & SA
8

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11

12

13

14   JOHN L. WHEELER; GLORIA A.          Case No.  C-08-03230-JL
     WHEELER,
15                                        BANK OF AMERICA'S
                    Plaintiffs,           DECLINATION TO PROCEED
16                                        BEFORE A MAGISTRATE JUDGE
          v.                              AND REQUEST FOR
17                                        REASSIGNMENT TO A DISTRICT
     BANK OF AMERICA NT & SA;             COURT JUDGE
18   LIBERTY REVERSE MORTGAGE;
     SEATTLE FINANCIAL GROUP,
19
                    Defendants.
20

21

22

23

24

25

26

27

28

                                          REQUEST FOR REASSIGNMENT TO A
                                          DISTRICT COURT JUDGE

1

2          On July 3, 2008, defendant Bank of America N.A., successor in interest to

3     Bank of America NT & SA ("Bank of America") removed this action to the Northern

4     District of California. The case was assigned to Magistrate Judge James Larson.  On July

5     9, 2008, Plaintiffs indicated to this Court that they did not consent to magistrate

6     jurisdiction.  On July 11, 2008, Bank of America filed a Motion to Stay Proceedings

7          Pursuant to 28 U.S.C. § 636(c) and Local Rule 73-1(a), Bank of America

8     does not consent to magistrate jurisdiction and hereby respectfully request reassignment

9     of this action to a U.S. district court judge.

10

11

12        Dated:  July 11, 2008

13

14                                    DEBRA S. BELAGA
                                      AARON M. ROFKAHR
15                                    O'MELVENY & MYERS LLP

16

17                                    By:            /s/
                                             Aaron M. Rofkahr
18                                    Attorneys for Defendant
                                      Bank of America NT & SA

19

20     SF1:721621.1

21

22

23

24

25

26

27

28