1  DEBRA S. BELAGA (S.B. #083237)
   dbelaga@omm.com
2  AARON M. ROFKAHR (S.B. #227008)
   arofkahr@omm.com
3  O'MELVENY & MYERS LLP
   Embarcadero Center West
4  275 Battery Street
   San Francisco, CA  94111-3305
5  Telephone:    (415) 984-8700
   Facsimile:    (415) 984-8701
6
   Attorneys for Defendant
7  Bank of America N.A., successor in interest to
   Bank of America NT & SA
8

9              **UNITED STATES DISTRICT COURT**

10             **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN L. WHEELER; GLORIA A. WHEELER, | Case No.  C-08-03230-JL |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING BANK OF AMERICA'S MOTION TO STAY PROCEEDINGS** |
| v. | |
| BANK OF AMERICA NT & SA; LIBERTY REVERSE MORTGAGE; SEATTLE FINANCIAL GROUP, | |
| Defendants. | |

1  The Court, having considered defendant Bank of America N.A.'s (successor
2  in interest to Bank of America NT & SA) Motion to Stay Proceedings and the related
3  pleadings, hereby **ORDERS** that the motion is **GRANTED** and the proceedings are
4  stayed in their entirety pending the resolution of *Miller v. Bank of America NT & SA*,
5  Supreme Court Case No. S149178, which is currently before the California Supreme
6  Court.

8  Dated: _____, 2008

_____
DISTRICT COURT JUDGE