1  DEBRA S. BELAGA (S.B. #083237)
   dbelaga@omm.com
2  AARON M. ROFKAHR (S.B. #227008)
   arofkahr@omm.com
3  O'MELVENY & MYERS LLP
   Embarcadero Center West
4  275 Battery Street
   San Francisco, CA 94111-3305
5  Telephone:    (415) 984-8700
   Facsimile:    (415) 984-8701
6
   Attorneys for Defendant
7  Bank of America NT & SA

8
                   UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10

11
   JOHN L. WHEELER; GLORIA A.          | Case No. C08-03230 JL
12 WHEELER,                            |
                                       | **CERTIFICATE OF SERVICE**
13              Plaintiffs,            |
14      v.                             |
                                       |
15 BANK OF AMERICA NT & SA;            |
   LIBERTY REVERSE MORTGAGE;           |
16 SEATTLE FINANCIAL GROUP,            |
                                       |
17              Defendants.            |

18
19
20
21
22
23
24
25
26
27
28

# CERTIFICATE OF SERVICE

I, Rocio Gonzalez, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is Embarcadero Center West, 275 Battery Street, San Francisco, California 94111-3305. On July11, 2008, I served the within documents:

**BANK OF AMERICA'S DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A DISTRICT COURT JUDGE;**

**BANK OF AMERICA'S NOTICE OF MOTION AND MOTION TO STAY PROCEEDINGS;**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT BANK OF AMERICA'S MOTION TO STAY PROCEEDINGS;**

**DECLARATIONOF AARON M. ROFKAHR IN SUPPORT OF DEFENDANT BANK OF BANK OF AMERICA'S MOTION TO STAY PROCEEDINGS;**

**[PROPOSED] ORDER GRANTING BANK OF AMERICA'S MOTION TO STAY PROCEEDINGS;**

**ANSWER BY DEFENDANT BANK OF AMERICA NT & SA TO UNVERIFIED COMPLAINT**

[X] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

John L. Wheeler
Gloria A. Wheeler
181 Hunter Avenue
Oakland, CA 94603
Phone: (510) 635-6903
*Attorneys for Plaintiffs in Propia Persona*

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on July 11, 2008, at San Francisco, California.

_____
Rocio Gonzalez

SF1:721715.1

CERTIFICATE OF SERVICE