**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

**July 15, 2008**

**CASE NUMBER:  CV 08-03230 JL**
**CASE TITLE:  JOHN L. WHEELER-v-BANK OF AMERICA NT & SA**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable VAUGHN R. WALKER**  for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **VRW**  immediately

after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 7/15/08

FOR THE EXECUTIVE COMMITTEE:

_____
                                         Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies
Log Book Noted

Special Projects
Entered in Computer 7/15/08AS

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel

Transferor CSA