DEBRA S. BELAGA (S.B. #083237)
dbelaga@omm.com
AARON M. ROFKAHR (S.B. #227008)
arofkahr@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111-3305
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Attorneys for Defendant
Bank of America N.A., successor in interest to
Bank of America NT & SA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN L. WHEELER; GLORIA A. WHEELER,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>BANK OF AMERICA NT & SA; LIBERTY REVERSE MORTGAGE; SEATTLE FINANCIAL GROUP,<br><br>　　　　　　　Defendants. | Case No. C-08-03230-VRW<br><br>**BANK OF AMERICA'S RENOTICE OF MOTION TO STAY PROCEEDINGS**<br><br>Hearing:　　September 25, 2008<br>Time:　　　2:30 P.M.<br>Location:　　450 Golden Gate Ave.,<br>　　　　　　San Francisco, CA,<br>　　　　　　Dept. 6, 17th Floor<br>Trial Date:　None<br>Compl. Filed: July 3, 2008 (removed)<br>Judge:　　　The Honorable Vaughn R. Walker |

**NOTICE OF MOTION AND MOTION**

PLEASE TAKE NOTICE THAT, on September 25, 2008, at 2:30 p.m., or as soon thereafter as the matter may be heard, in Department 6, 17th Floor of the United States District Court for the Northern District of California, San Francisco Division, located at 450 Golden Gate Avenue, San Francisco, California, 94102, Bank of America N.A., successor in interest to Bank of America NT & SA ("Bank of America") will and hereby does move for an order from this Court to stay the above entitled action pending the resolution of a proceeding before the California Supreme Court captioned *Miller v. Bank of America NT & SA*, Supreme Court Case No. S149178, involving the identical theories of recovery, factual allegations and causes of action as this proceeding.[1]

Bank of America's motion is based on this notice, the memorandum of points and authorities, all supporting declarations, the pleadings and other records on file with the Court, the oral argument of counsel, all relevant matters judicially noticeable, and such further evidence and arguments as the Court may consider.

Dated: July 21, 2008

        DEBRA S. BELAGA
        AARON M. ROFKAHR
        O'MELVENY & MYERS LLP

By:    /s/
     Aaron M. Rofkahr
     Attorneys for Defendant
     Bank of America N.A.

SF1:722518.1

---

[1] Bank of America originally filed this motion on July 11, 2008, and noticed the hearing for August 27, 2008. On July 15, 2008, this Court reassigned this case to the Honorable Vaughn R. Walker. Pursuant to the July 15, 2008 Order Reassigning Case, Bank of America hereby renotices the hearing on its Motion to Stay Proceedings for September 25, 2008.