1  DEBRA S. BELAGA (S.B. #083237)
   dbelaga@omm.com
2  AARON M. ROFKAHR (S.B. #227008)
   arofkahr@omm.com
3  O'MELVENY & MYERS LLP
   Embarcadero Center West
4  275 Battery Street
   San Francisco, CA  94111-3305
5  Telephone:   (415) 984-8700
   Facsimile:    (415) 984-8701
6
   Attorneys for Defendant
7  Bank of America N.A., successor in interest to
   Bank of America NT & SA
8

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

| JOHN L. WHEELER; GLORIA A. WHEELER,<br><br>                Plaintiffs,<br><br>    v.<br><br>BANK OF AMERICA NT & SA;<br>LIBERTY REVERSE MORTGAGE;<br>SEATTLE FINANCIAL GROUP,<br><br>                Defendants. | Case No.  C-08-03230-VRW<br><br>**NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING PURSUANT TO CIV. L.R. 3-13** |
|---|---|

Pursuant to Civil Local Rule 3-13, Bank of America N.A., successor in interest to Bank of America NT & SA ("Bank of America"), respectfully gives notice of the following related actions: *Miller v. Bank of America*, California Supreme Court Case No. S149178 ("*Miller*") (on appeal from *Miller v. Bank of America*, San Francisco Superior Court Case No. CGC-99-301917) and *Anderson v. Bank of America*, San Francisco Superior Case No. CGC-05-438769 ("Anderson"). *Miller* and *Anderson* are brought as class actions, and relate to the above-captioned action ("the Federal Action") because they involve many of the same parties in interest, similar subject matter, and the same factual and legal issues.

### 1. Description Of The Actions

*Miller* was filed on August 13, 1998 in Superior Court for the County of Alameda, but was later transferred to San Francisco County. On October 16, 2001, court certified a class. On March 4, 2005, the trial court entered a Judgment for plaintiffs in *Miller*. On November 20, 2006, the California Court of Appeal for the First Appellate District reversed the trial court's Judgment in *Miller*. On March 21, 2007, the California Supreme Court granted plaintiffs' petition for review in *Miller*. *Anderson* was filed on February 17, 2005 in the Superior Court for the County of San Francisco, and was stayed on October 25, 2005 pending the resolution of *Miller*.

### 2. Title And Location of Court of the State Actions

*Miller* is pending in the Supreme Court California. The appeal has been fully briefed; a hearing date has not been set. *Anderson* is pending in the Superior Court for the County of San Francisco.

### 3. Relationship Of The Actions

The Federal Action, *Miller* and *Anderson* involve many of the same parties in interest, similar subject matter, and the same factual and legal issues. All three of the cases involve Bank of America as a defendant. The individual plaintiffs in the Federal Action are members of the putative class in *Anderson*.

1       The class in *Miller* was defined as California residents who maintained a
2  checking or savings deposit account with Bank of America into which payments of Social
3  Security benefits or other public benefits are or have been directly deposited by the
4  government or its agent.   Plaintiffs asserted that charging such fees constitutes a creditor's
5  "setoff" barred by California law — in particular, *Kruger v. Well Fargo Bank* 11 Ca1.3d
6  352 (1974) — which limits creditors' rights to perform a "setoff" against accounts
7  receiving government benefits electronically.   The *Miller* complaint also alleged that the
8  Bank was guilty of fraud and misrepresentation when it encouraged customers to avail
9  themselves of electronic deposit, rather than receiving their Social Security benefits
10  through the U.S. mails.
11       *Anderson* involves issues exactly the same as those tried in *Miller*, namely,
12  whether charging fees violates *Kruger's* policy about creditor setoffs, and whether the
13  Bank misrepresented its right to charge fees or the benefits of electronic deposit.  All the
14  causes of action that were tried in *Miller* are reasserted in *Anderson*.  The main difference
15  between *Miller* and *Anderson* is that the class period for the latter is alleged to begin on
16  January 1, 2004 (after the trial in *Miller* commenced).  Other than this, the *Anderson*
17  (putative) class is virtually the same as the class certified in *Miller*.
18       Plaintiffs in the Federal Action simply copied verbatim portions of the
19  complaint in Miller, and have adopted them as their own.  Plaintiffs here have named as
20  defendants Bank of America, NT & SA, Liberty Reverse Mortgage, and Seattle Financial
21  Group.  The theory of recovery, factual allegations and causes of action in the Federal
22  Action are virtually identical to those alleged in *Miller* and *Anderson*.  With the exception
23  of plaintiffs' fifth cause of action for defamation, each cause of action plaintiffs have
24  brought in the Federal Action was also brought by plaintiffs in *Miller*.  In addition, each of
25  the allegations offered in support of each of the first four causes of action in the Federal
26  Action are virtually identical to those causes of action in the *Miller* complaint.  The only
27  real difference between the present complaint and the complaint in *Miller* and *Anderson* is
28  that plaintiffs here name two additional defendants:  Seattle Financial Group and Liberty

Reverse Mortgage.  But, beyond the case caption, Seattle Financial Group is not even mentioned in the complaint in the Federal Action.[1]  And the only two allegations that expressly mention Liberty Reverse Mortgage appear in the section of the complaint describing the "Parties" to the action.

### 4. Coordination Of The Federal and State Actions

The Superior Court for the County of San Francisco stayed the *Anderson* matter pending the resolution of *Miller* before the California Supreme Court.  Bank of America believes that a stay of the Federal Action also is appropriate.  On July 11, 2008, Bank of America filed with this Court a Motion to Stay the Federal Action pending the resolution of *Miller*.

Dated:  July 21, 2008

DEBRA S. BELAGA
AARON M. ROFKAHR
O'MELVENY & MYERS LLP

By:          /s/
       Aaron M. Rofkahr
Attorneys for Defendant
Bank of America NT & SA

SF1:721601.2

---

[1] The complaint in the Federal Action references a "Seattle Mortgage Company" (¶ 11) and a "Seattle Savings Bank" (¶ 2), but not Seattle Financial Group.