| | |
|---|---|
| 1 | DEBRA S. BELAGA (S.B. #083237) |
|   | dbelaga@omm.com |
| 2 | AARON M. ROFKAHR (S.B. #227008) |
|   | arofkahr@omm.com |
| 3 | O'MELVENY & MYERS LLP |
|   | Embarcadero Center West |
| 4 | 275 Battery Street |
|   | San Francisco, CA  94111-3305 |
| 5 | Telephone:   (415) 984-8700 |
|   | Facsimile:    (415) 984-8701 |
| 6 | |
| 7 | Attorneys for Defendant |
|   | Bank of America NT & SA |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN L. WHEELER; GLORIA A. WHEELER, | Case No. C08-03230 VRW |
| Plaintiffs, | **CERTIFICATE OF SERVICE** |
| v. | |
| BANK OF AMERICA NT & SA; LIBERTY REVERSE MORTGAGE; SEATTLE FINANCIAL GROUP, | |
| Defendants. | |

# CERTIFICATE OF SERVICE

I, Rocio Gonzalez, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is Embarcadero Center West, 275 Battery Street, San Francisco, California 94111-3305. On July 21, 2008, I served the within documents:

**BANK OF AMERICA'S RENOTICE OF MOTION AND MOTION TO STAY PROCEEDINGS;**

**NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING PURSUANT TO CIV. L.R. 3-13; AND**

**VAUGHN R. WALKER UNITED STATES DISTRICT CHIEF JUDGE'S STANDING ORDERS**

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

John L. Wheeler
Gloria A. Wheeler
181 Hunter Avenue
Oakland, CA 94603
Phone: (510) 635-6903
*Attorneys for Plaintiffs in Propia Persona*

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on July 21, 2008, at San Francisco, California.

*/s/ Rocio Gonzalez*
Rocio Gonzalez

SF1:721715.2