1  DEBRA S. BELAGA (S.B. #083237)
   dbelaga@omm.com
2  AARON M. ROFKAHR (S.B. #227008)
   arofkahr@omm.com
3  O'MELVENY & MYERS LLP
   Embarcadero Center West
4  275 Battery Street
   San Francisco, CA  94111-3305
5  Telephone:   (415) 984-8700
   Facsimile:   (415) 984-8701
6
   Attorneys for Defendant
7  Bank of America N.A., successor in interest to
   Bank of America NT & SA
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12

13  JOHN L. WHEELER; GLORIA A.          Case No.  C-08-03230-VRW
    WHEELER,
14                                      **NOTICE OF CHANGE OF ADDRESS**
                    Plaintiffs,
15                                      Compl. Filed: July 3, 2008 (removed)
          v.                            Judge:        The Honorable V.R. Walker
16
    BANK OF AMERICA NT & SA;
17  LIBERTY REVERSE MORTGAGE;
    SEATTLE FINANCIAL GROUP,
18
                    Defendants.
19

20

21

22

23

24

25

26

27

28

                                           NOTICE OF CHANGE OF ADDRESS C-08-
                                                                   03230-VRW

1  PLEASE TAKE NOTICE pursuant to Civil L.R. 3-11 that effective September 1, 2008, the new address for Debra S. Belaga and Aaron M. Rofkahr of O'Melveny & Myers LLP, counsel for Defendant, Bank of America N.A., successor in interest to Bank of America NT & SA, will change. All pleadings, notices, correspondence and other documents should be addressed, as follows:

Two Embarcadero Center, 28th Floor, San Francisco, CA 94111

The phone numbers and fax number remain the same. Please change your records accordingly.

Dated: August 28, 2008

                DEBRA S. BELAGA
                AARON M. ROFKAHR
                O'MELVENY & MYERS LLP

                By:_____/s/_____
                    Aaron M. Rofkahr
                Attorneys for Defendant
                Bank of America N.A.

**CERTIFICATE OF SERVICE**

I, Rocio Gonzalez, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is Embarcadero Center West, 275 Battery Street, San Francisco, California 94111-3305. On August 28, 2008, I served the within documents:

**NOTICE OF CHANGE OF ADDRESS**

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

John L. Wheeler
Gloria A. Wheeler
181 Hunter Avenue
Oakland, CA 94603
Phone: (510) 635-6903
*Attorneys for Plaintiffs in Propia Persona*

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on August 28, 2008, at San Francisco, California.

_____
Rocio Gonzalez

SF1:726231.1

NOTICE OF CHANGE OF ADDRESS C-08-03230-VRW