1    JOHN L. WHEELER
     GLORIA A. WHEELER
2    181 Hunter Avenue
     Oakland, CA 94603
3    (510) 635-6903

**FILED**

4    Plaintiffs In Propria Persona

SEP   **4** 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

8             UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

11    JOHN L. WHEELER, GLORIA A.      No. C08-03230 JL
     WHEELER,

12                       **DECLARATION OF JOHN L. WHEELER**
          Plaintiffs,        **IN OPPOSITION TO DEFENDANT**
13                       **BANK OF AMERICA'S MOTION TO**
       vs.                **STAY PROCEEDINGS**

15    BANK OF AMERICA, N.T. & S.A. a    Date:   September 25, 2008
     California corporation, and      Time:   2:30 p.m.
     LIBERTY REVERSE MORTGAGE and     Place: 450 Golden Gate Ave.
16    SEATTLE FINANCIAL GROUP, and              San Francisco, CA
     DOES 1-10, inclusive,               Dept. 6, 17th Fl.
17                       Trial Date:   None
          Defendants.         Complaint Filed: July 3, 2008
18                            /    Judge: Hon. Vaughn R. Walker

19      I, John L. Wheeler, declare as follows:

20      1.    I am one of the plaintiff in this action. The matters

21    set forth herein are true and correct based upon my own personal

22    knowledge or based upon my review of public documents and, if

23    called as a witness, I could and would testify competently

24    thereto. I submit this declaration in opposition to Bank of

25    America's motion to stay the proceedings.

26      2.    Attached hereto as Exhibit A is a true and correct copy

27    of exhibits on 4/9/06, Chex Systems, 11/8/05 Chex Systems Exhibit

1  A.  8/8/04 Acceptance, LLC Debit Collector, Bank of American

2  8/4/04 $436.68 Exhibit B.  Cashier check 11/8/05 in the amount of

3  $148.53 Exhibit C.  Seattle Mortgage finance charge $208.77, FHA

4  Mortgage Insurance $92.97. Insurance fee was paid up front.

5  Seattle Mortgage 2/28/07 Exhibit E.  Finance charge $178.00, FHA

6  Mortgage Insurance $91.18 Group Exhibit D  Seattle Mortgage

7  1/31/07 finance charge $1,180.06, FHA Mortgage Insurance $90.63

8  Exhibit G.  Seattle Mortgage 9/30/06 interest charge $1,178.68,

9  FHA Mortgage Insurance $80.86.  Seattle Mortgage 8/31/06 interest

10  charge $1,165.71, FHA Mortgage Insurance $80.37.  Bank of America

11  6/30/07 finance charge $1,196.76, FHA Mortgage Insurance $93.50

12  Bank of America 11/30/07 finance charge $1,074.96 Group Exhibit

13  E.  Bank of America 9/30/08 finance charge $1,227.80, FHA

14  Mortgage Insurance $95.77.

15      On October 5, 2007 loan number 4393069.

16      Bank of America 7/31/07 finance charge $1,214.67, FHA

17  Mortgage Insurance $94.16.

18      On 6/22/06 Settlement Statement $191,578.83, Seattle

19  Mortgage $7,255.80.  These fees were paid up front.  Bank of

20  America, Seattle Mortgage, Liberty Reverse Mortgage charged

21  plaintiffs again on each monthly statement.  They also charged

22  plaintiffs repair admin fee to Seattle Mortgage $185.63.

23      To stay the proceedings will prejudice the rights of the

24  plaintiffs.

25      Bank of America and their attorneys, Debra S. Belaga, Aaron

26  M. Rofkahr of O'Melveny & Myers, LLP, can be liable for the

27  negligent infliction of severe emotional distress to its client's

28

DECLARATION OF JOHN L. WHEELER IN OPPOSITION
TO DEFENDANT BANK OF AMERICA'S MOTION TO STAY
PROCEEDINGS                    -2-

1   adversary's interests.  The attorney nonetheless has a duty to
2   deal honestly and fairly with adverse parties and counsel.
3   Breach of this duty can give rise to liability.  <u>Carney v.</u>
4   <u>Rotkins Schmerman McIntyre</u>, 206 C.A. 3d 1513, 254 C.R. 478 (dec.
5   1988).  Note that Business & Professions Code §6128 makes it a
6   misdemeanor for an attorney to "practice or consent to any deceit
7   or collusion with intent to deceive ... any party."  See Penal
8   Code §§357.359 on civil liberty for statutory.

9       Defendants did not deal honestly and fairly with plaintiffs.
10  Defendants charged plaintiffs two times for mortgage insurance
11  premium $7,255.80 and reported to the Chex Cashing System
12  11/8/05, 4/9/04.  Plaintiffs cannot open a checking account
13  because defendants said plaintiffs are writing bad checks.  Bank
14  of America sold this account to Asset Acceptance on 8/6/04.
15  Plaintiffs paid defendants Bank of America with their own cashier
16  check No. 412925025 on November 8, 2005.  It is clearly
17  defamation when defendant Bank of America reported to Asset
18  Acceptance LLC that plaintiffs still owed the money and when Bank
19  of America sold this account to Asset Acceptance.  it is clearly
20  defamation when defendant Bank of America reported to Chex
21  Systems that plaintiffs still ow the money.  Plaintiffs cannot
22  open up an account because of the defamation when defendant Bank
23  of America reported to Chex System that plaintiffs still owed the
24  money.

25      To stay plaintiffs' case will prejudice plaintiffs' case.
26
27
28
DECLARATION OF JOHN L. WHEELER IN OPPOSITION
TO DEFENDANT BANK OF AMERICA'S MOTION TO STAY
PROCEEDINGS                              -3-

1    I declare under penalty of perjury under the laws of the

2  State of California that the foregoing is true and correct and

3  that this declaration was executed on September 3, 2008.

4

5                                    _____

JOHN WHEELER

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF JOHN L. WHEELER IN OPPOSITION
TO DEFENDANT BANK OF AMERICA'S MOTION TO STAY
PROCEEDINGS                            -4-



_____

**(Last Name)**          **(First Name)**          **(Middle Name)**

Maiden Name or Other Last Names Used_____

Social Security Number_____ Date of Birth_____ Home Phone #_____

                                                    (mm/dd/yyyy)

Drivers License Number_____          State of Issuance_____

Current Address_____

        **Number & Street        Apt. #  P.O. Box        City        State        Zip Code**

*** ChexSystems will correspond with you at the above address unless you request otherwise ***

Any Previous Addresses Used In The Past Five Years (include any P.O. Boxes):

**Number & Street          P.O. Box          City          State          Zip Code**

_____

List Name, Tax ID # , Address and your title of Any Business/Organization Accounts Signed On in the Past Five Years:

**Business Name          Your Title          Tax ID Number          Business Address**

_____

_____

Signature: _____

_(Last Name)_          _(First Name)_          **(Middle Name)**

**Maiden Name or Other Last Names Used**_____

**Social Security Number**_____ **Date of Birth** _____ **Home Phone #**_____
                                   **(mm/dd/yyyy)**

**Drivers License Number**_____ **State of Issuance**_____

**Current Address**_____
  **Number & Street**     **Apt. # P.O. Box**     **City**     **State**     **Zip Code**

_** ChexSystems will correspond with you at the above address unless you request otherwise **_

**Any Previous Addresses Used In The Past Five Years (include any P.O. Boxes):**

| Number & Street | P.O. Box | City | State | Zip Code |
|---|---|---|---|---|
| | | | | |

**List Name, Tax ID # , Address and your title of Any Business/Organization Accounts Signed On in the Past Five Years:**

| Business Name | Your Title | Tax ID Number | Business Address |
|---|---|---|---|
| | | | |
| | | | |

**Signature:** _____



PO Box 50800
Phoenix AZ 85076-0800
ADDRESS SERVICE REQUESTED

# Asset Acceptance LLC

*Toll Free 800-398-8814 Ext. 2042*

August 8, 2004

#BWNJVGZ
#0000000185793783#   120298 119735   18579378-6100
IIוIIוIIIIIIIIIוIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIII
JOHN WHEELER
181 Hunter Ave
Oakland CA 94603-2030

**ASSET ACCEPTANCE LLC**
PO Box 50800
Phoenix AZ 85076-0800
IIוIIIIIIIIIוIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIII

Account Number:     18579378
Balance Past Due:   $436.68

---

***Detach Upper Portion and Return with Payment***

---

**RE:**

                     BANK OF AMERICA
Client Account #:    05629913000562702850

Balance Past Due:    $436.68

Dear JOHN WHEELER:

It is our pleasure to welcome you as a new customer of Asset Acceptance LLC. Your account with the above mentioned creditor has been purchased and is now owned by Asset Acceptance LLC. In order to insure proper credit for any payments it is necessary that all future payments and inquiries be made to:

<div align="center">

ASSET ACCEPTANCE LLC
PO Box 50800
Phoenix AZ 85076-0800

</div>

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will: obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

This is an attempt to collect a debt and any information obtained will be used for that purpose.

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

Sincerely,

ERIC ABRAMS – Phone: Toll Free 800-398-8814 Ext. 2042                    **First Notice**
Debt Collector
Asset Acceptance LLC

<div align="center">See Reverse Side for Important Information Regarding Your Privacy Rights.</div>

2CSASSE036100AACAZ

**THIS NOTICE HAS NO EFFECT ON YOUR RIGHTS TO DISPUTE
OR REQUEST VALIDATION OF ANY DEBT REFERENCED IN
LETTERS RECEIVED WITH THIS NOTICE**

**ASSET ACCEPTANCE LLC
A DEBT COLLECTION COMPANY
PRIVACY POLICY**

Asset Acceptance LLC recognizes the necessity of keeping our information about you secure and confidential. The following policy covers Customer Information, which means personally identifiable information about a consumer or a consumer's current or former relationship with Asset Acceptance LLC. This policy is provided to you as required by the Federal Financial Privacy Law, 15 U.S.C. 6801-6810.

We collect nonpublic personal information about you from the following sources:
 -Information we receive about you from you on applications or other forms;
 -Information about your transactions with us, prior owners of your account, our affiliates, or others; and
 -Information we receive from a consumer reporting agency.
We may disclose the following kinds of nonpublic personal information about you:
 -Information we have received from you on applications or other forms, such as your name, your address, your social security number and your employer.
 -Information about your transactions with us, prior owners of your account, our affiliates, or others, such as payment history and account balance.
 -Information we receive from a consumer reporting agency, such as your social security number, your address, and your employer.
We may disclose nonpublic personal information about you to the following types of third parties:
 -Financial service providers such as credit grantors, collection agencies and debt buyers.
 -We may also disclose nonpublic personal information about you to affiliated debt purchasers and non-affiliated third parties as permitted by law.

Whenever we hire other organizations to provide support services, we will require them to conform to our privacy standards and to allow us to audit them for compliance.

We restrict access to nonpublic personal information about you to those associates who need to know that information to service your account(s). We maintain physical, electronic and procedural safeguards that comply with federal regulations to guard your nonpublic personal information.

If you prefer that we not disclose nonpublic personal information about you to nonaffiliated third parties, you may opt out of those disclosures, that is, you may direct us not to make those disclosures (other than permitted by law). If you wish to opt out of disclosures to nonaffiliated third parties, you may:

a. call the following toll free number **800-398-8814**

<div align="center">or</div>

b. complete, detach and mail the following form to: ASSET ACCEPTANCE LLC, PO Box 3140, Centerline MI 48015

✂✂✂✂✂✂✂✂✂✂✂✂✂✂✂✂✂✂✂✂✂✂✂✂✂✂✂✂✂✂✂✂✂✂✂✂✂✂✂✂✂✂✂✂

Please use this form if you wish to decline or "opt out" of information sharing.

❑ I wish to exercise my rights to opt out of certain third-party information sharing, as described in this privacy notice.

To change our records to accurately reflect your desire to opt out, please provide us with the following information:

Name:_____ Phone Number: (_____)_____-_____

Address:_____

Date:_____

18579378

# Asset Acceptance LLC

Toll Free 800-398-8814 Ext. 0
LOCAL: 480-403-6400

LOCAL OFFICE: Phoenix, AZ

May 5, 2007

RE: BANK OF AMERICA

CLIENT ACCOUNT #: 0562991300056702850
Asset Acceptance LLC ACCT#: 18579378
CURRENT BALANCE: $543.34
SETTLEMENT BALANCE: $217.34
EXPIRATION DATE: MAY 31, 2007

## 60% DISCOUNT! SEE BELOW FOR DETAILS

## IT'S SPRING CLEANING TIME!

Dear John Wheeler:

Spring is a great time to start fresh by cleaning up your past due financial obligations.

Call us to set up a payment plan so that you can take advantage of this month's discount.

Act now to settle your account by May 31, 2007 and receive the following benefits:

1. A 60% reduction in your present balance, if paid in full by **May 31, 2007**
2. A paid account letter and closed account

Call PAUL NOLAN toll-free 800-398-8814 at Ext. 0 today to confirm your settlement arrangements.

Act now - go to **www.paymybill.com** and pay online, using either your checking account or credit card. Your user ID is: 0271627. Your password is: 18579378.

It may be possible to extend the deadline under certain circumstances. The settlement offer outlined above is guaranteed through the above referenced date. After that time, we reserve the right to modify the settlement offer, or revoke the offer entirely.

This offer is void if previous settlement has already been arranged.

**This is an attempt to collect a debt and any information obtained will be used for that purpose.**

Sincerely,

PAUL NOLAN  - Phone: Toll Free 800-398-8814 Ext. 0
Debt Collector
Asset Acceptance LLC

***Detach Lower Portion and Return with Payment***                9422W



Asset Acceptance LLC Account # 18579378
Current Balance: $543.34
Settlement Balance: $217.34

John Wheeler
181 Hunter Ave
Oakland, CA  94603-2030



# Asset Acceptance LLC

Toll Free 800-398-8814 Ext. 2046
LOCAL: 480-403-6400
LOCAL OFFICE: Phoenix, AZ

October 1, 2006

RE: BANK OF AMERICA

CLIENT ACCT#: 05629913000562702850
Asset Acceptance LLC ACCT#: 18579378
CURRENT BALANCE: $519.22

<div style="border:1px solid #000; padding:10px;">

# *$ Dollar For Dollar $*

</div>

Dear John Wheeler:

For every dollar you pay us, **IN ANY AMOUNT**, we'll match it with a credit on your account. This may result in a settlement amount of up to **50%** off if you choose to pay half of your current balance!

**For Example:**  
1. You pay us $259.61 toward your outstanding balance.  
2. We match your $259.61 payment with a credit of $259.61.  
3. With the combined credits of $519.22 your balance is now $0.  
4. You have saved $259.61!

Please call your account representative, ADRIANA GRAVES toll-free at 800-398-8814 ext.2046, so we can confirm the dollar for dollar matching payment option.

To pay online today at **www.paymybill.com** - Your User ID is: 0271627. Your password is: 18579378 K.

But hurry, the offer is only good until October 31, 2006.

It may be possible to extend the deadline under certain circumstances. The offer outlined above is guaranteed through the above referenced date. After that time, we reserve the right to modify the offer, or revoke the offer entirely.

This offer is void if previous settlement arrangements have already been made.

The matching contribution cannot result in a credit balance on your account. A returned payment will eliminate the matching credit.

**This is an attempt to collect a debt and any information obtained will be used for that purpose.**

Sincerely,
ADRIANA GRAVES - Phone: Toll Free 800-398-8814 Ext. 2046
Debt Collector
Asset Acceptance LLC

9110W

***Detach Lower Portion and Return with Payment***



Asset Acceptance LLC Account # 18579378
Current Balance: $519.22

John Wheeler
181 Hunter Ave
Oakland, CA  94603-2030

# ASSET ACCEPTANCE LLC

P.O. Box 50800
Phoenix, AZ 85076
Toll-free: 800-398-8814
Tel: 480-403-6400
Fax: 480-403-6451

# Fax

TO: John Wheeler

FAX: 510-635-6903

CC:

RE:

FROM: Efren Aguilar

DATE: 01/04/08

PAGES: 2
(Including Cover)

## COMMENTS

My Phone # 1800-398-8814
Ex: 6229#

Confidentiality Notice. The documents accompanying this transmission contain confidential information intended for a specific individual and purpose. The information is private, and is legally protected by law. If you are not the intended party, you are notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this telecopied information is strictly prohibited. If you have received this facsimile in error, please immediately notify us by telephone to arrange for the return to us of this cover sheet and the following documents.

# Asset Acceptance LLC

Toll Free 800-398-8814 Ext. 0
LOCAL: 480-403-6400
LOCAL OFFICE: Phoenix, AZ

> **70% DISCOUNT!!**
> **SEE BELOW FOR DETAILS**

Re:

| | |
|---|---|
| BANK OF AMERICA | |
| Client Account #: | 05629913000562702850 |
| Asset Acceptance LLC Acct: | 18579378 |
| Current Balance: | $557.60 |
| Settlement Balance: | $167.28 |
| Expiration Date: | September 29, 2007 |

Dear JOHN WHEELER:

As you know your above mentioned account has been purchased and is now owned by Asset Acceptance for collection of the balance in full.  Payment in full is due. To assist you in the settlement of this account we would like to extend to you a 70% discount on your current balance of $557.60.

In addition to your savings of $390.32, you can also receive the following benefits:

1.  A zero balance on your  BANK OF AMERICA account with us
2.  A paid account letter

In Summary:

| | |
|---|---|
| Current Balance: | $557.60 |
| Discount Offer: | $390.32 |
| Payment Due Date: | September 29, 2007 |
| **PAY THIS AMOUNT** | **$167.28** |

Call PAUL NOLAN toll-free at 800-398-8814 at ext. 0 today.  This offer will expire on September 29, 2007.

Act now - go to **www.paymybill.com** and pay online, using either your checking account or credit card. Your User ID is: 0271627. Your password is: 18579378.

It may be possible to extend the deadline under certain circumstances.  The settlement offer outlined above is guaranteed through the above referenced date.  After that time we reserve the right to modify the settlement offer, or revoke the offer entirely.

This offer is void if a previous settlement has been arranged.

**This is an attempt to collect a debt and any information obtained will be used for that purpose.**

Sincerely,

PAUL NOLAN – Phone: Toll Free 800-398-8814 Ext. 0
Debt Collector
Asset Acceptance LLC

PCSASSE036358AACAZ

***Detach Lower Portion and Return with Payment***

PO Box 2039
Warren MI 48090-2039

ADDRESS SERVICE REQUESTED

Asset Acceptance LLC Acct: 18579378
Current Balance: $557.60
Settlement Balance: $167.28
Expiration Date: September 29, 2007

September 4, 2007

#BWNHKKF
#0000000185793783#   0687135 0029269   OPZ-6358

IIıIı.ııIıIIıIIııuIIııIıIIIıııIıIIıııIııIıIıIIIıII
JOHN WHEELER
181 Hunter Ave
Oakland CA 94603-2030

**ASSET ACCEPTANCE LLC**
PO Box 2036
Warren MI 48090-2036
IıIıIIıIıIIıIıIıIıuıIıIIıuIIIıuuIıIIııIıIIıIIıIIıI

# Asset Acceptance LLC

P.O. Box 50830 • Phoenix, AZ 85076
Toll-free: 800-398-8814 • Tel: 480-403-6400 • Fax: 480-403-6451

JAN 04 2008

18579378-7489-EGA
JOHN WHEELER
181 HUNTER AVE
OAKLAND CA 94603-2030

RE:
    BANK OF AMERICA
    05629913000962702850

DEAR JOHN WHEELER:

Per our phone conversation on JAN 04 2008, we came
upon a settlement agreement of $400.00 to settle the
above mentioned account.  Payment must be received
by 01/09/08 and upon clearance of the agreed funds;
and your written or verbal request, Asset Acceptance LLC
will send you a paid account letter. If the said funds
are not received by 01/09/08, this offer will be null
and void.

If you have any further questions, please call me at
800-398-8814 Ext. 6229.

This is an attempt to collect a debt and any information
obtained will be used for that purpose.


Sincerely,


EFREN AGUILAR-Phone: 800-398-8814 Ext. 6229
Debt Collector
Asset Acceptance LLC

# Asset Acceptance LLC

Toll Free 866-416-9483 Ext. 0
LOCAL OFFICE: Phoenix, AZ

Re:

BANK OF AMERICA
     Client Account #:   05629913000562702850                     Current Balance: $589.13
Asset Acceptance LLC Acct:   18579378                              Expiration Date: July 31, 2008

## TAX REBATE IDEA

Dear JOHN WHEELER:

We at Asset have a long history of working with our customers. With economic conditions being what they are, we want to work with you in settling this debt. See below for our multiple discount offers and choose which discount and timing would work best for you. Each option will save you money but the quicker you pay the more you save:

**Option 1:**
Receive a 70% discount by settling your debt by July 31, 2008. This is a savings of $412.39.

**Option 2:**
Receive a 50% discount by settling your debt in three (3) equal consecutive monthly installments. This is a savings of $294.57. Contact your account rep. listed below to confirm your monthly payment amount.

**Option 3:**
Receive a 35% discount by settling your debt in six (6) equal consecutive monthly installments. This is a savings of $206.20. Contact your account rep. listed below to confirm your monthly payment amount.

To take advantage of these payment arrangement options, your first installment must be received by July 31, 2008. Final installment may be more or less than prior installments.

In addition, once you have settled your account, you can also receive the following benefits:
1. A zero balance on your BANK OF AMERICA account with us
2. A paid account letter

**Payment Methods:**
1. Set up monthly automatic installments using your checking account, call PAUL NOLAN toll-free at 866-416-9483 at ext. 0 to discuss this option.
2. Each month send a check or money order in the mail.
3. Each month go to www.paymybill.com and pay online, using your credit card, debit card or checking account. Your user ID is: 0271627. Your password is: 18579378.

It may be possible to extend the deadline under certain circumstances. The settlement offer outlined above is guaranteed through the above referenced date. After that time we reserve the right to modify the settlement offer, or revoke the offer entirely. We are not obligated to renew this offer.

This offer is void if a previous settlement has been arranged.

**This is an attempt to collect a debt and any information obtained will be used for that purpose.**

Sincerely,

PAUL NOLAN – Phone: 866-416-9483 Ext. 0
Debt Collector

See Reverse Side for Important Information Regarding Privacy Policy

MCSASSE036237AZODS

***Detach Lower Portion and Return with Payment***

PO Box 2039
Warren MI 48090-2039

ADDRESS SERVICE REQUESTED

Asset Acceptance LLC Acct: 18579378
Current Balance: $589.13
Expiration Date: July 31, 2008

July 1, 2008

#BWNJVGZ
#0000000185793783#   0415615 033254284   OZ2-6237

JOHN WHEELER
181 Hunter Ave
Oakland CA 94603-2030

**ASSET ACCEPTANCE LLC**
PO Box 2036
Warren MI 48090-2036



**Bank of America.**

## Cashier's Check

No. **412925025**

Date    VOID AFTER 90 DAYS
NOVEMBER 08, 2005

11-35/1210

Banking
Center    GILLAND INDUSTRIAL

ACCOUNT: 00010    002925025

JOHN L. WHEELER
Remitter (Purchased By)

**148.53**

**Pay** ONE HUNDRED FORTY EIGHT DOLLARS AND 53 CENTS    $

To
The
Order
Of    BANK OF AMERICA
1465-01-2668

NON-NEGOTIABLE

Authorized Signature

**Bank of America, N.A.**
**San Francisco, CA**

Purchaser Signature

**PURCHASER COPY**    1397085076
**RETAIN FOR YOUR RECORDS**

05-14-3774B  3-2000

Notice: This copy is your receipt and you should save it. If your check is lost, stolen or destroyed before the void date, you may be required to sign an indemnity agreement before we will provide a refund or replacement. Stops may be placed at any time after purchase. However, you will not be entitled to a refund until after 90 days from the purchase date provided that we are not otherwise required to pay the item or hold the funds. To obtain information regarding this check or to report a loss, contact Bank of America, N.A. San Francisco, California 888.217.4038.





**SEATTLE FINANCIAL** G R O U P

190 Queen Anne Avenue N.
Suite 100
Seattle, WA 98109
1.866.863.5224
206.436.3488
fax 206.281.5313
servicing@seattlemortgage.com
www.seattlefinancialgroup.com

## REVERSE MORTGAGE ACCOUNT STATEMENT
### Seattle Savings Bank

PAGE 1 of 1

## THIS IS NOT A BILL

| Loan Number | 4393069 |
|---|---|
| Funded | 06/27/06 |
| For Month Ending | 04/30/2007 |

Gloria Wheeler
181 Hunter Avenue
Oakland, CA 94603-2030

C - 5952

| Initial Interest | 6.630% |
|---|---|
| April | 6.550% |
| May | 6.430% |
| June | 6.400% |
| Program Type | LINE OF CREDIT |

### LOAN ACTIVITY AND BALANCE SUMMARY

| APRIL LOAN ACTIVITY | | Year to Date |
|---|---|---|
| Scheduled Payment | | |
| Draws | | |
| Finance Charges | $1,208.77 | $4,777.50 |
| Monthly Service Fee | $30.00 | $120.00 |
| FHA Mortgage Insurance | $92.27 | $365.80 |
| T & I Disbursement | | |
| Prepayments | | |
| Lender Advance | | |
| APRIL ADDITIONS | $1,331.04 | |

| Balances as of: 04/30/2007 | |
|---|---|
| Prior Month's Line of Credit | $1,712.06 |
| Current Available Line of Credit | $1,722.91 |
| Net Principal Limit | $1,722.91 |
| Repair Set Aside Balance | |
| Repair Set Aside Moved Into Line of Credit | |
| 1st Year Set Aside | |
| T & I Set Aside Balance | |
| Loan Balances | |
| Original | $191,578.83 |
| March | $221,454.85 |
| **April** | **$222,785.89** |

### TRANSACTION HISTORY FOR STATEMENT PERIOD

| DATE | TRANSACTION DESCRIPTION | CREDITS | DEBITS | LOAN BALANCE |
|---|---|---|---|---|
| | Starting Loan Balance | | | $221,454.85 |
| 04/30/2007 | Mortgage Insurance Premium | | $92.27 | $221,547.12 |
| 04/30/2007 | Finance Charge on Loan Balance | | $1,208.77 | $222,755.89 |
| 04/30/2007 | Service Fee | | $30.00 | $222,785.89 |

**PROPERTY INFORMATION**

| Original Appraised Value of Home | $415,000.00 |
|---|---|
| Maximum Claim Amount | $362,790.00 |

*Your June interest rate is based on the 1-year US Treasury securities rate of 4.9% plus a margin of 1.5% as published on Tuesday, 05/01/07.

Do you know someone who could benefit from a reverse mortgage? We want to help! Share the relief that comes with financial independence. Call (800) 233-4601 today for more information.

Form # 300

*Member* **FDIC**

Seattle Mortgage Company• Seattle Savings Bank• Seattle Insurance Group
Reverse Mortgage of America• Seattle Capital• Seattle Escrow





**SEATTLE FINANCIAL** G R O U P

190 Queen Anne Avenue N.
Suite 100
Seattle, WA 98109
1.866.863.5224
206.436.3488
fax 206.281.5313
servicing@seattlemortgage.com
www.seattlefinancialgroup.com

**REVERSE MORTGAGE ACCOUNT STATEMENT**
**Seattle Savings Bank**

PAGE 1 of 1

## THIS IS NOT A BILL

JOHN L. WHEELER, SR.
181 HUNTER AVE
OAKLAND, CA 94603-2030

C - 10742

| Loan Number | 4393069 |
|---|---|
| Funded | 06/27/06 |
| For Month Ending | 02/28/07 |

| | |
|---|---|
| **Initial Interest** | **6.630%** |
| **February** | **6.460%** |
| **March** | **6.600%** |
| **April** | **6.550%** |
| **Program Type** | **LINE OF CREDIT** |

### LOAN ACTIVITY AND BALANCE SUMMARY

| FEBRUARY LOAN ACTIVITY | | Year to Date |
|---|---|---|
| Scheduled Payment | | |
| Draws | | |
| Finance Charges | $1,178.00 | $2,358.06 |
| Monthly Service Fee | $30.00 | $60.00 |
| FHA Mortgage Insurance | $91.18 | $181.81 |
| T & I Disbursement | | |
| Prepayments | | |
| Lender Advance | | |
| **FEBRUARY ADDITIONS** | $1,299.18 | |

| Balances as of: 02/28/07 | |
|---|---|
| Prior Month's Line of Credit | $1,690.77 |
| Current Available Line of Credit | $1,701.01 |
| Net Principal Limit | $1,701.01 |
| Repair Set Aside Balance | |
| Repair Set Aside Moved | |
| Into Line of Credit | |
| 1st Year Set Aside | |
| T & I Set Aside Balance | |
| Loan Balances | |
| Original | $191,578.83 |
| January | $218,823.28 |
| **February** | **$220,122.46** |

### TRANSACTION HISTORY FOR STATEMENT PERIOD

| DATE | TRANSACTION DESCRIPTION | CREDITS | DEBITS | LOAN BALANCE |
|---|---|---|---|---|
| | Starting Loan Balance | | | $218,823.28 |
| 02/28/07 | Mortgage Insurance Premium | | $91.18 | $218,914.46 |
| 02/28/07 | Finance Charge on Loan Balance | | $1,178.00 | $220,092.46 |
| 02/28/07 | Service Fee | | $30.00 | $220,122.46 |

**PROPERTY INFORMATION**

| | |
|---|---|
| Original Appraised Value of Home | $415,000.00 |
| Maximum Claim Amount | $362,790.00 |

*Your April interest rate is based on the 1-year US Treasury securities rate of 5.05% plus a margin of 1.5% as published on Monday, 02/26/07.

**Do you have questions or comments about your reverse mortgage?  We welcome your calls at 1-866-863-5224.**

Seattle Mortgage Company • Seattle Savings Bank • Seattle Insurance Group
Reverse Mortgage of America • Seattle Capital • Seattle Escrow



Form # 300

*Member* **FDIC** ·



**SEATTLE FINANCIAL GROUP**

790 Queen Anne Avenue N.
Suite 100
Seattle, WA 98109
1.866.863.5224
206.436.3488
fax 206.281.5313
servicing@seattlemortgage.com
www.seattlefinancialgroup.com

# REVERSE MORTGAGE ACCOUNT STATEMENT
## Seattle Savings Bank

PAGE 1 of 1

## THIS IS NOT A BILL

JOHN L. WHEELER, SR.
181 HUNTER AVE
OAKLAND, CA 94603-2030

C - 10417

Ilhhuhdhlhlhuullahhhluuhlilhuhluuhlhhl

| Loan Number | 4393069 |
|---|---|
| Funded | 06/27/06 |
| For Month Ending | 01/31/07 |

| Initial Interest | 6.63% |
|---|---|
| January | 6.51% |
| February | 6.46% |
| March | 6.60% |
| Program Type | LINE OF CREDIT |

## LOAN ACTIVITY AND BALANCE SUMMARY

### JANUARY LOAN ACTIVITY

| | | Year to Date |
|---|---|---|
| Scheduled Payment | | |
| Draws | | |
| Finance Charges | $1,180.06 | $1,180.06 |
| Monthly Service Fee | $30.00 | $30.00 |
| FHA Mortgage Insurance | $90.63 | $90.63 |
| T & I Disbursement | | |
| Prepayments | | |
| Lender Advance | | |
| **JANUARY ADDITIONS** | $1,300.69 | |

### Balances as of: 01/31/07

| | |
|---|---|
| Prior Month's Line of Credit | $1,680.32 |
| Current Available Line of Credit | $1,690.77 |
| Net Principal Limit | $1,690.77 |
| Repair Set Aside Balance | |
| Repair Set Aside Moved Into Line of Credit | |
| 1st Year Set Aside | |
| T & I Set Aside Balance | |
| Loan Balances | |
| Original | $191,578.83 |
| December | $217,522.59 |
| **January** | **$218,823.28** |

## TRANSACTION HISTORY FOR STATEMENT PERIOD

| DATE | TRANSACTION DESCRIPTION | CREDITS | DEBITS | LOAN BALANCE |
|---|---|---|---|---|
| | Starting Loan Balance | | | $217,522.59 |
| 01/31/07 | Mortgage Insurance Premium | | $90.63 | $217,613.22 |
| 01/31/07 | Interest on Loan Balance | | $1,180.06 | $218,793.28 |
| 01/31/07 | Service Fee | | $30.00 | $218,823.28 |

### PROPERTY INFORMATION

| | |
|---|---|
| Original Appraised Value of Home | $415,000.00 |
| Maximum Claim Amount | $362,790.00 |

*Your March interest rate is based on the 1-year US Treasury securities rate of 5.1% plus a margin of 1.5% as published on Monday, 01/29/07.

**Do you have questions or comments about your reverse mortgage? We welcome your calls at 1-866-863-5224.**

Form # 300

Member FDIC





190 Queen Anne Avenue N.
Suite 100
Seattle, WA 98109
1.866.863.5224
206.436.3488
fax 206.281.5313
servicing@seattlemortgage.com
www.seattlefinancialgroup.com

**REVERSE MORTGAGE
ACCOUNT STATEMENT
Seattle Mortgage Company**

PAGE 1 of 1

## THIS IS NOT A BILL

JOHN L. WHEELER, SR.
GLORIA WHEELER
181 HUNTER AVE
OAKLAND, CA  94603-2030

9545

| Loan Number | 4393069 |
|---|---|
| Funded | 06/27/06 |
| For Month Ending | 09/30/06 |

| | |
|---|---|
| Initial Interest | 6.63% |
| SEPTEMBER | 6.67% |
| OCTOBER | 6.57% |
| NOVEMBER | 6.40% |
| Program Type: | LINE OF CREDIT |

---

### LOAN ACTIVITY AND BALANCE SUMMARY

#### SEPTEMBER LOAN ACTIVITY    Year to Date

| | | |
|---|---|---|
| Scheduled Payment: | | |
| Cash Draws (if any): | | |
| Interest Charged: | $1,078.68 | $3,308.05 |
| Monthly Service Fee: | $30.00 | $120.00 |
| FHA Mortgage Insurance | $80.86 | $7,504.78 |
| T & I Disbursement | | |
| Prepayments | | |
| Lender Advance | | |
| **SEPTEMBER ADDITIONS** | **$1,189.54** | |

#### BALANCES AS OF: 09/30/06

| | |
|---|---|
| Prior Month's Line of Credit | $1,374.43 |
| Current Credit Line Balance | $1,494.81 |
| Net Principal Limit | $1,494.81 |
| Repair Set Aside Balance | $18,562.50 |
| Repair Set Aside Moved | |
| Into Line of Credit | |
| 1st Year Set Aside | |
| T & I Set Aside Balance | |
| Loan Balances | |
| Original | $191,578.83 |
| AUGUST | $194,066.32 |
| **SEPTEMBER** | **$195,255.86** |

---

### PROPERTY INFORMATION

| | |
|---|---|
| Original Appraised Value of Home: | $415,000.00 |
| Maximum Claim Amount: | $362,790.00 |

*Your November interest rate is based on the 1-year US Treasury securities rate of 4.90% plus   a margin of 1.50% as published on Monday, October 3, 2006.

---

Do you have questions or comments about your reverse mortgage?  We welcome your calls at 1-866-863-5224.

Form # 300



**Member
FDIC**

Seattle Mortgage Company • Seattle Savings Bank • Seattle Insurance Group
Reverse Mortgage of America • Seattle Capital • Seattle Escrow



**SEATTLE**
**FINANCIAL**
G R O U P

190 Queen Anne Avenue N.
Suite 100
Seattle, WA 98109
1.866.863.5224
206.436.3488
fax 206.281.5313
servicing@seattlemortgage.com
www.seattlefinancialgroup.com

**REVERSE MORTGAGE**
**ACCOUNT STATEMENT**
**Seattle Mortgage Company**

PAGE 1 of 1

## THIS IS NOT A BILL

| Loan Number | 4393069 |
| --- | --- |
| Funded | 06/27/06 |
| For Month Ending | 08/31/06 |

9342

JOHN L. WHEELER, SR.
181 HUNTER AVE
OAKLAND, CA 94603-2030

| Initial Interest | 6.63% |
| --- | --- |
| AUGUST | 6.63% |
| SEPTEMBER | 6.67% |
| OCTOBER | 6.57% |
| Program Type: | LINE OF CREDIT |

---

### LOAN ACTIVITY AND BALANCE SUMMARY

#### AUGUST LOAN ACTIVITY

| | | Year to Date |
| --- | --- | --- |
| Scheduled Payment: | | |
| Cash Draws (if any): | | |
| Interest Charged: | $1,065.71 | $2,229.37 |
| Monthly Service Fee: | $30.00 | $90.00 |
| FHA Mortgage Insurance | $80.37 | $7,423.92 |
| T & I Disbursement | | |
| Prepayments | | |
| Lender Advance | | |
| **AUGUST ADDITIONS** | **$1,176.08** | |

#### BALANCES AS OF: 08/31/06

| | |
| --- | --- |
| Prior Month's Line of Credit | $1,255.57 |
| Current Credit Line Balance | $1,374.43 |
| Net Principal Limit | $1,374.43 |
| Repair Set Aside Balance | $18,562.50 |
| Repair Set Aside Moved Into Line of Credit | |
| 1st Year Set Aside | |
| T & I Set Aside Balance | |
| Loan Balances | |
| Original | $191,578.83 |
| JULY | $192,890.24 |
| **AUGUST** | **$194,066.32** |

---

### PROPERTY INFORMATION

| Original Appraised Value of Home: | $415,000.00 |
| --- | --- |
| Maximum Claim Amount: | $362,790.00 |

*Your October interest rate is based on the 1-year US Treasury securities rate of 5.07% plus   a margin of 1.50% as published on Monday, August 28, 2006.

**Questions or comments?  Please call 1-866-863-5224.**



Form # 300

Member
FDIC

Seattle Mortgage Company • Seattle Savings Bank • Seattle Insurance Group
Reverse Mortgage of America • Seattle Capital • Seattle Escrow

US Department of Housing and Urban Development

## SETTLEMENT STATEMENT (Transactions Without Sellers)

| File Number:  61-00693110 | Loan Number:  4393069 | Mortgage Ins. Case #:  0427959772952 |
|---|---|---|

NAME AND ADDRESS OF BORROWER:   JOHN L. WHEELER, SR, GLORIA WHEELER, 181 HUNTER AVENUE OAKLAND CA, 94603-2030

NAME AND ADDRESS OF LENDER:  Seattle Mortgage Company 601 108th.Avenue NE #700 BELLEVUE, WA, 98004

PROPERTY LOCATION: 181 HUNTER AVENUE OAKLAND CA, 94603-2030

SETTLEMENT AGENT:     ALLIANCE TITLE REVERSE MORTGAGE
PLACE OF SETTLEMENT: 3100 ZINFANDEL DR STE 350 RANCHO CORDOVA CA,95670

| SETTLEMENT DATE: 06/22/2006 | | DISBURSEMENT DATE: 06/27/2006 | |
|---|---|---|---|
| **L. SETTLEMENT CHARGES** | | **M. DISBURSEMENT TO OTHERS** | |
| **800. Items Payable In Connection With Loan** | | 1501. Payoff good till  07-07-06 | |
| 801. Loan Origination Fee to Liberty Reverse Mortgage | $7,255.80 | WORLD SAVINGS  -  PAYOFF DEPT. T3P1 | $138,406.53 |
| 802. Loan Discount | | 1502. | |
| 803. Appraisal Fee to Bina App/LRM | $400.00 | | |
| 804. Credit Report to Kroll Factual Data/LRM | $16.36 | 1503. | |
| 805. Lender's Inspection Fee | | | |
| 806. Mortgage Insurance Application Fee | | 1504. | |
| 807. Repair Admin Fee to SMC | $185.63 | | |
| 808. Document Preparation to FAND/SMC | $100.00 | 1505. | |
| 809. Flood Certification to First American Flood/LRM | $16.00 | | |
| 810. Correspondent Service Fee to LRM to SMC POCL $300.00 | | 1506. | |
| 811. Correspondent Fee to SMC to LRM  POCL $510.00 | | | |
| **900. Items Required By Lender To Be Paid In Advance** | | 1507. | |
| 901. Interest from | | | |
| 902. Mortgage Insurance Premium for SMC/FHA | $7,255.80 | 1508. | |
| 903. Hazard Insurance Premium for | | | |
| 904. | | 1509. | |
| 905. | | | |
| **1000. Reserves Deposited With Lender** | | 1510. | |
| 1001. Hazard insurance | | | |
| 1002. Mortgage insurance | | 1511. | |
| 1003. City property taxes | | | |
| 1004. County property taxes 05/06 PAID | | 1512. | |
| 1005. Annual assessments | | | |
| 1006. | | 1513. | |
| 1007. | | | |
| 1008. Aggregate Adjustment | | 1514. | |
| **1100. Title Charges** | | | |
| 1101. Settlement or closing fee ALLIANCE TITLE REVERSE MOI | $500.00 | 1515. | |
| 1102. Abstract or title search | | | |
| 1103. Title examination | | 1516. | |
| 1104. Title insurance binder | | | |
| 1105. Document preparation | | 1517. | |
| 1106. Notary Fee SELECT SIGNINGS | $150.00 | | |
| 1107. Attorney's Fees | | 1518. | |
| (Includes above item numbers:       ) | | | |
| 1108. Title Insurance ($362,790) ALLIANCE TITLE REVERSE MC | $903.00 | 1519. | |
| (Includes item numbers:       ) | | | |
| 1109. Lender's coverage | | 1520. TOTAL DISBURSED (enter on line 1603) | |
| 1110. Owner's coverage | | | $138,406.53 |
| 1111. Wire Fee | | | |
| 1112. Courier Fee ALLIANCE TITLE REVERSE MORTGAGE | $60.00 | | |
| 1113. Endorsements 100/116/8.1/111.5/111.8/RME | | **N. Net Settlement** | |
| **1200. Government Recording and Transfer Charges** | | | |
| 1201. Recording fees: to ALLIANCE TITLE COMPANY | $165.00 | 1600. Loan Amount | $191,578.83 |
| 1202. City/county tax/stamps: | | | |
| 1203. State tax/stamps: | | **1601. Plus Check/Cash from Borrower** | $0.00 |
| 1204. | | | |
| 1205. | | 1602. Minus total settlement charges | $17,257.50 |

EXH

E



**Bank of America**

190 Queen Anne Avenue N.
Suite 400
Seattle, WA 98109
1.866.863.5224
fax 206.281.5313

# REVERSE MORTGAGE
# ACCOUNT STATEMENT

PAGE 1 of 2

## THIS IS NOT A BILL

Gloria Wheeler
181 Hunter Avenue
Oakland, CA 94603-2030

C - 6362

| | |
|---|---|
| **Loan Number** | **4393069** |
| Funded | 06/27/06 |
| For Month Ending | 06/30/2007 |

| | |
|---|---|
| **Initial Interest** | **6.630%** |
| **June** | **6.400%** |
| **July** | **6.450%** |
| **August** | **6.440%** |
| **Program Type** | **LINE OF CREDIT** |

## LOAN ACTIVITY AND BALANCE SUMMARY

### JUNE LOAN ACTIVITY

| | | Year to Date |
|---|---|---|
| Scheduled Payment | | |
| Draws | $521.54 | $521.54 |
| Finance Charges | $1,196.76 | $7,168.02 |
| Monthly Service Fee | $30.00 | $180.00 |
| FHA Mortgage Insurance | $93.50 | $552.13 |
| T & I Disbursement | | |
| Prepayments | | |
| Lender Advance | | |
| **JUNE ADDITIONS** | $1,841.80 | |

### Balances as of: 06/30/2007

| | |
|---|---|
| Prior Month's Line of Credit | $1,733.18 |
| Current Available Line of Credit | $1,220.14 |
| Net Principal Limit | $1,220.14 |
| Repair Set Aside Balance | |
| Repair Set Aside Moved | |
| Into Line of Credit | |
| 1st Year Set Aside | |
| T & I Set Aside Balance | |
| Loan Balances | |
| Original | $191,578.83 |
| May | $224,102.48 |
| **June** | **$225,944.28** |

## TRANSACTION HISTORY FOR STATEMENT PERIOD

| DATE | TRANSACTION DESCRIPTION | CREDITS | DEBITS | LOAN BALANCE |
|---|---|---|---|---|
| | Starting Loan Balance | | | $224,102.48 |
| 06/13/2007 | Unscheduled Payment | | $521.54 | $224,624.02 |
| 06/30/2007 | Mortgage Insurance Premium | | $93.50 | $224,717.52 |
| 06/30/2007 | Finance Charge on Loan Balance | | $1,196.76 | $225,914.28 |
| 06/30/2007 | Service Fee | | $30.00 | $225,944.28 |

### PROPERTY INFORMATION

| | |
|---|---|
| Original Appraised Value of Home | $415,000.00 |
| Maximum Claim Amount | $362,790.00 |

*Your August interest rate is based on the 1-year US Treasury securities rate of 4.94% plus a margin of 1.5% as published on Monday, 07/02/07.

Your reverse mortgage is now being serviced by Bank of America. The same Seattle Savings Bank associates who have provided the service for your reverse mortgage have also joined Bank of America and will continue to work to exceed your expectations. Please contact a reverse mortgage servicing specialist toll free at 1-866-863-5224 for all of your servicing needs.

Form # 300



**Member
FDIC**





**Bank of America**

190 Queen Anne Avenue N.
Suite 400
Seattle, WA 98109
1.866.863.5224
fax 206.281.5313

# REVERSE MORTGAGE ACCOUNT STATEMENT

PAGE 1 of 1

## THIS IS NOT A BILL

John L. Wheeler, Sr.
181 Hunter Avenue
Oakland, CA 94603-2030

C - 6844

| | |
|---|---|
| **Loan Number** | **4393069** |
| Funded | 06/27/06 |
| For Month Ending | 11/30/2007 |

| | |
|---|---|
| **Initial Interest** | **6.630%** |
| **November** | **5.550%** |
| **December** | **5.470%** |
| **January** | **4.800%** |
| **Program Type** | **LINE OF CREDIT** |

---

### LOAN ACTIVITY AND BALANCE SUMMARY

#### NOVEMBER LOAN ACTIVITY

| | | Year to Date |
|---|---|---|
| Scheduled Payment | | |
| Draws | | $1,741.68 |
| Finance Charges | $1,074.96 | $13,002.27 |
| Monthly Service Fee | $30.00 | $330.00 |
| FHA Mortgage Insurance | $96.84 | $1,030.45 |
| T & I Disbursement | | |
| Prepayments | | |
| Lender Advance | | |
| **NOVEMBER ADDITIONS** | $1,201.80 | |

#### Balances as of: 11/30/2007

| | |
|---|---|
| Prior Month's Line of Credit | $5.38 |
| Current Available Line of Credit | $2.39 |
| Net Principal Limit | $2.39 |
| Repair Set Aside Balance | |
| Repair Set Aside Moved Into Line of Credit | |
| 1st Year Set Aside | |
| T & I Set Aside Balance | |
| Loan Balances | |
| Original | $191,578.83 |
| October | $232,425.19 |
| **November** | **$233,626.99** |

---

### TRANSACTION HISTORY FOR STATEMENT PERIOD

| DATE | TRANSACTION DESCRIPTION | CREDITS | DEBITS | LOAN BALANCE |
|---|---|---|---|---|
| | Starting Loan Balance | | | $232,425.19 |
| 11/30/2007 | Mortgage Insurance Premium | | $96.84 | $232,522.03 |
| 11/30/2007 | Finance Charge on Loan Balance | | $1,074.96 | $233,596.99 |
| 11/30/2007 | Service Fee | | $30.00 | $233,626.99 |



**PROPERTY INFORMATION**

| | |
|---|---|
| Original Appraised Value of Home | $415,000.00 |
| Maximum Claim Amount | $362,790.00 |

*Your January interest rate is based on the 1-year US Treasury securities rate of 3.3% plus a margin of 1.5% as published on Monday, 11/26/07.

Your reverse mortgage is now being serviced by Bank of America. The same Seattle Savings Bank associates who have provided the service for your reverse mortgage have also joined Bank of America and will continue to work to exceed your expectations. Please contact a reverse mortgage servicing specialist toll free at 1-866-863-5224 for all of your servicing needs.


Form # 300

Member
**FDIC**

**Bank of America**

190 Queen Anne Avenue N.
Suite 400
Seattle, WA 98109
1.866.863.5224
fax 206.281.5313

# REVERSE MORTGAGE ACCOUNT STATEMENT

PAGE 1 of 2

## THIS IS NOT A BILL

John L. Wheeler, Sr.
181 Hunter Avenue
Oakland, CA  94603-2030

C - 6737

| | |
|---|---|
| **Loan Number** | **4393069** |
| Funded | 06/27/06 |
| For Month Ending | 09/30/2007 |

| | |
|---|---|
| **Initial Interest** | **6.630%** |
| **September** | **6.410%** |
| **October** | **5.660%** |
| **November** | **5.550%** |
| **Program Type** | **LINE OF CREDIT** |

---

### LOAN ACTIVITY AND BALANCE SUMMARY

#### SEPTEMBER LOAN ACTIVITY

| | | Year to Date |
|---|---|---|
| Scheduled Payment | | |
| Draws | | $1,741.68 |
| Finance Charges | $1,227.80 | $10,836.78 |
| Monthly Service Fee | $30.00 | $270.00 |
| FHA Mortgage Insurance | $95.77 | $837.27 |
| T & I Disbursement | | |
| Prepayments | | |
| Lender Advance | | |
| **SEPTEMBER ADDITIONS** | $1,353.57 | |

#### Balances as of: 09/30/2007

| | |
|---|---|
| Prior Month's Line of Credit | $7.65 |
| Current Available Line of Credit | $7.95 |
| Net Principal Limit | $7.95 |
| Repair Set Aside Balance | |
| Repair Set Aside Moved Into Line of Credit | |
| 1st Year Set Aside | |
| T & I Set Aside Balance | |
| Loan Balances | |
| Original | $191,578.83 |
| August | $229,854.75 |
| **September** | **$231,208.32** |

---

### TRANSACTION HISTORY FOR STATEMENT PERIOD

| DATE | TRANSACTION DESCRIPTION | CREDITS | DEBITS | LOAN BALANCE |
|---|---|---|---|---|
| | Starting Loan Balance | | | $229,854.75 |
| 09/30/2007 | Mortgage Insurance Premium | | $95.77 | $229,950.52 |
| 09/30/2007 | Finance Charge on Loan Balance | | $1,227.80 | $231,178.32 |
| 09/30/2007 | Service Fee | | $30.00 | $231,208.32 |

### PROPERTY INFORMATION

| | |
|---|---|
| Original Appraised Value of Home | $415,000.00 |
| Maximum Claim Amount | $362,790.00 |

*Your November interest rate is based on the 1-year US Treasury securities rate of 4.05% plus a margin of 1.5% as published on Monday, 10/01/07.

Your reverse mortgage is now being serviced by Bank of America. The same Seattle Savings Bank associates who have provided the service for your reverse mortgage have also joined Bank of America and will continue to work to exceed your expectations. Please contact a reverse mortgage servicing specialist toll free at 1-866-863-5224 for all of your servicing needs.

**Member FDIC**

Form # 300

**Bank of America**

190 Queen Anne Avenue N.
Suite 400
Seattle, WA 98109
1.866.863.5224
fax 206.281.5313

October 5, 2007

John L. Wheeler, Sr.
181 Hunter Avenue
Oakland, CA 94603-2030

**Property Address:**

181 Hunter Avenue
Oakland, CA 94603

**Loan Number:**        **4393069**

Dear Mortgagor,

Annually Bank of America, the servicer of your Reverse Mortgage, is required to verify your occupancy of the property that secures your Reverse Mortgage loan. Below is a statement certifying that the above referenced property is your principal residence. Please read the certification and warning notice, sign where indicated, and return in the envelope provided within 30 days.

Absences from the property which may exceed two months should be reported to us along with your temporary address. In order to avoid determinations that your principal residence has changed, you are strongly urged to advise us if you will be absent from the property for periods greater than two months. As you know, absences greater than 12 months with no Borrower residing in the property will result in the loan being called Due and Payable.

If an Alternate Contact form is also enclosed, please complete it and enclose it with the certification.

Thank you for your cooperation. You may call our Servicing Department toll free at 1-866-863-5224 if you have any questions. Our office hours are Monday through Friday, 6 AM to 5 PM Pacific Standard Time.

### ANNUAL CERTIFICATION OF OCCUPANCY

I (We) hereby certify that I (we) continue to occupy the property identified above as my (our) principal residence.

WARNING: Section 1001 of Title 18 of the United States Code makes it a criminal offense to make a willfully false statement or misrepresentation to any department or agency of the United States government as to any matter within its jurisdiction.

X _____         10-9-07
Borrower                                                     Date

X _____         10-9-07
Co-Borrower                                                Date

**Loan Number:**        **4393069**

Form # 300



**Bank of America**

190 Queen Anne Avenue N.
Suite 400
Seattle, WA 98109
1.866.863.5224
fax 206.281.5313

# REVERSE MORTGAGE
# ACCOUNT STATEMENT

PAGE 1 of 1

## THIS IS NOT A BILL

John L. Wheeler, Sr.
181 Hunter Avenue
Oakland, CA 94603-2030

C - 7131

| | |
|---|---|
| Loan Number | **4393069** |
| Funded | 06/27/06 |
| For Month Ending | 01/31/2008 |

| | |
|---|---|
| **Initial Interest** | **6.630%** |
| **January** | **4.800%** |
| **February** | **4.920%** |
| **March** | **3.810%** |
| **Program Type** | **LINE OF CREDIT** |

## LOAN ACTIVITY AND BALANCE SUMMARY

### JANUARY LOAN ACTIVITY

| | | Year to Date |
|---|---|---|
| Scheduled Payment | | |
| Draws | | |
| Finance Charges | $939.27 | $939.27 |
| Monthly Service Fee | $30.00 | $30.00 |
| FHA Mortgage Insurance | $97.84 | $97.84 |
| **T & I** Disbursement | | |
| Prepayments | | |
| Lender Advance | | |
| **JANUARY ADDITIONS** | $1,067.11 | |

### Balances as of: 01/31/2008

| | |
|---|---|
| Prior Month's Line of Credit | |
| Current Available Line of Credit | |
| Net Principal Limit | |
| Repair Set Aside Balance | |
| Repair Set Aside Moved | |
| Into Line of Credit | |
| 1st Year Set Aside | |
| T & I Set Aside Balance | |
| Loan Balances | |
| Original | $191,578.83 |
| December | $234,819.28 |
| **January** | **$235,886.39** |

## TRANSACTION HISTORY FOR STATEMENT PERIOD

| DATE | TRANSACTION DESCRIPTION | CREDITS | DEBITS | LOAN BALANCE |
|---|---|---|---|---|
| | Starting Loan Balance | | | $234,819.28 |
| 01/31/2008 | Mortgage Insurance Premium | | $97.84 | $234,917.12 |
| 01/31/2008 | Finance Charge on Loan Balance | | $939.27 | $235,856.39 |
| 01/31/2008 | Service Fee | | $30.00 | $235,886.39 |



### PROPERTY INFORMATION

| | |
|---|---|
| Original Appraised Value of Home | $415,000.00 |
| Maximum Claim Amount | $362,790.00 |

*Your March interest rate is based on the 1-year US Treasury securities rate of 2.31% plus a margin of 1.5% as published on Monday, 01/28/08.

**Prepayments towards your reverse mortgage loan balance are not required. However, if you do make prepayments to your loan, please make your check payable to Bank of America. Bank of America will no longer process prepayments made out to Seattle Mortgage or Seattle Savings Bank after December 31st, 2007.

Form # 300

**Member**
**FDIC**

