IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN L WHEELER; GLORIA A WHEELER, | No | C-08-3230 VRW |
| Plaintiffs, | | ORDER |
| v | | |
| BANK OF AMERICA NT & SA; LIBERTY REVERSE MORTGAGE; SEATTLE FINANCIAL GROUP, | | |
| Defendants. | | |
| _____/ | | |

      Because plaintiffs John Wheeler and Gloria Wheeler have yet to serve defendants Liberty Reverse Mortgage and Seattle Financial Group, this action is STAYED until the previously scheduled December 4 case management conference.  The court DIRECTS the plaintiffs to serve Liberty Reverse Mortgage and Seattle Financial Group on or before October 6.  The court DIRECTS Bank of America to keep the court apprised of developments in <u>Miller v Bank</u>

**of America** (See Doc #11-2, Exh A, California Supreme Court Docket, Case No S149178).

       IT IS SO ORDERED.



                        VAUGHN R WALKER
                        United States District Chief Judge