IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY DEBARTOLO,<br><br>      Plaintiff,<br><br>  v.<br><br>BANK OF AMERICA, N.A.,<br><br>      Defendant.<br>_____/ | No. 08-05553 CW<br><br>JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP OF CASES |

    Pursuant to Civil L.R. 3-12(c), this Court, *sua sponte*, refers the above-captioned case to District Judge Vaughn Walker to consider whether this case is related to C-08-3230 VRW, <u>Wheeler v. Bank of America, et al</u>. Parties shall file any response in opposition to or in support of relating the cases within five (5) days of receipt of this Order.

1/12/09

Dated _____

                                    CLAUDIA WILKEN
                                    United States District Judge

cc: VRW

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DEBARTOLO et al,

        Plaintiff,

  v.

BANK OF AMERICA, N.A. et al,

        Defendant.

Case Number: CV08-05553 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 12, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Aaron M. Rofkahr
Debra S. Belaga
O'Melveny & Myers LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111

Anthony DeBartolo
6017 Christie Avenue
Emeryville, CA 94608

Gloria A. Wheeler
John L. Wheeler
181 Hunter Avenue
Oakland, CA 94603

Katherine J Evans
Sonnenschein Nath & Rosenthal LLP
525 Market St, 26th Floor
San Francisco, CA 94105-2708

Dated: January 12, 2009

        Richard W. Wieking, Clerk
        By: Sheilah Cahill, Deputy Clerk

2