IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN L WHEELER; GLORIA A WHEELER, | No   C-08-3230 VRW |
|           Plaintiffs, | ORDER |
|           v | |
| BANK OF AMERICA NT & SA; LIBERTY REVERSE MORTGAGE; SEATTLE FINANCIAL GROUP, | |
|           Defendants. | |

On May 28, 2008, plaintiffs John Wheeler and Gloria Wheeler filed this action in the California Superior Court for the County of Alameda.  See Doc #2-3, Exh E.  The action was removed to federal court on July 3, 2008.  Doc #1.  Plaintiffs have not yet served defendants Liberty Reverse Mortgage and Seattle Financial Group.  Plaintiffs consent to dismissing both Liberty Reverse Mortgage and Seattle Financial Group.  Doc #38.  Accordingly, pursuant to FRCP 4(m), all claims against defendants Liberty Reverse Mortgage and Seattle Financial Group are DISMISSED.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge