IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN L WHEELER; GLORIA A WHEELER,<br><br>            Plaintiffs,<br><br>       v<br><br>BANK OF AMERICA NT and SA;<br>LIBERTY REVERSE MORTGAGE; SEATTLE<br>FINANCIAL GROUP,<br><br>            Defendants.<br>_____/ | No C 08-03230 VRW<br><br>ORDER |

       On February 12, 2009, the court continued the stay in this matter pending the resolution of <u>Miller v Bank of America NT and SA</u>, 46 Cal 4th 630 (2009) ("Miller").

       On February 20, 2009, the court dismissed the claims against defendants Liberty Reserve Mortgage and Seattle Financial Group. Doc #39.

       On June 1, 2009, the California Supreme Court issued its decision in <u>Miller</u>. The court concluded that Bank of America's practice of balancing customers' accounts by applying account

1 credits against account debits does not violate California law. 46
2 Cal 4th at 638-44.  The supreme court's decision became final on
3 July 24, 2009, when the court issued its remittitur to the court of
4 appeal.  Doc #40, Exh D.
5     Given that plaintiffs' complaint challenges the same
6 banking practices that the California supreme court has found to be
7 legal, plaintiffs are ORDERED to SHOW CAUSE in a writing not to
8 exceed five pages why the court should not execute judgment for
9 defendants.  Any return to this order shall be filed on or before
10 August 31, 2009.

12     IT IS SO ORDERED.

                      VAUGHN R WALKER
                      United States District Chief Judge

**United States District Court**
For the Northern District of California